# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVIE JOE MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-01311-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than September 7, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: August 31, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1