# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVIE JOE MORRIS,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, et al.,<br><br>　　　Defendants. | Case No. 2:21-cv-01311-GMN-NJK<br><br>**Order** |

The Court previously stayed discovery in this case pending resolution of Defendants' motion to dismiss. Docket No. 20; *see also* Docket No. 5 (motion to dismiss). The Court instructed the parties that "[i]n the event resolution of Defendant[s'] motion to dismiss does not result in the termination of this case, an amended joint discovery plan must be filed within 14 days of the issuance of such order." Docket No. 20 at 2. The resolved Defendants' motion to dismiss on November 23, 2022. Docket No. 22. The parties, however, have failed to file an amended joint proposed discovery plan. *See* Docket.

Accordingly, the parties are **ORDERED** to file an amended joint proposed discovery plan no later than February 14, 2023.

IT IS SO ORDERED.

Dated: February 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1