CLYDE & CO LLP
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@clydeco.us
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (213) 358-7600
Facsimile: (213) 358-7650

*Attorneys for Defendant The Travelers Home and Marine Insurance Company, erroneously named as Travelers Insurance, The Travelers Indemnity Company and Travelers Property Casualty*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVIE JOE MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS INSURANCE; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY, and DOES I through X, DOES 1-X, AND ROE,<br><br>    Defendants. | CASE NO.:   2:21-cv-01311-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Evie Joe Morris ("Plaintiff") and Defendants The Travelers Home and Marine Insurance Company, erroneously named as Travelers Insurance and Travelers Property Casualty (collectively "Travelers"), by and through their attorneys, hereby stipulate and agree to dismiss this entire action with prejudice.

///

///

///

///

- 1 -

On September 6, 2023, the parties participated in a meet and confer and agreed to this instant stipulation wherein Plaintiff's complaint and this lawsuit will be dismissed with prejudice.

Dated: September 12, 2023

| THE RAMOS LAW FIRM | CLYDE & CO LLP |
|---|---|
| By: */s/ Denisse Y. Ramos*<br>Denisse Y. Ramos, Esq.<br>719 South 6th Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Plaintiff*<br>*Evie Joe Morris* | By: */s/ Dylan Todd*<br>Amy M. Samberg, Esq.<br>Dylan P. Todd, Esq.<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendants*<br>*The Travelers Home and Marine Insurance Company, erroneously named as Travelers Insurance, The Travelers Indemnity Company and Travelers Property Casualty* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED September 13, 2023

**Brouse, Gina**

| | |
|---|---|
| **From:** | Todd, Dylan |
| **Sent:** | Tuesday, September 12, 2023 11:19 AM |
| **To:** | Brouse, Gina |
| **Subject:** | FW: Activity in Case 2:21-cv-01311-GMN-NJK Morris v. The Travelers Home and Marine Insurance Company Motion for Summary Judgment |
| **Attachments:** | image002.jpg; Morris - DRAFT Stip re Dismissal with Prejudice.docx |
| **Importance:** | High |

See attached, okay to file.

**Dylan Todd**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2883 | **Mobile:** +1 702 427 6931



7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
**Main** +1 725 248 2900 | **www.clydeco.us**

---

**From:** Denisse Ramos <d.ramos@ramoslawnv.com>
**Sent:** Monday, September 11, 2023 6:02 PM
**To:** Todd, Dylan <Dylan.Todd@clydeco.us>
**Subject:** Re: Activity in Case 2:21-cv-01311-GMN-NJK Morris v. The Travelers Home and Marine Insurance Company Motion for Summary Judgment

This is fine Dylan. Please submit.

Thank you.

On Mon, Sep 11, 2023 at 5:10 PM Todd, Dylan <Dylan.Todd@clydeco.us> wrote:

> Denise,
>
> Attached is the draft stipulation and order to dismiss with prejudice for your review.
>
>
> **Dylan Todd**
> Senior Counsel | Clyde & Co US LLP
> **Direct Dial:** +1 725 248 2883 | **Mobile:** +1 702 427 6931
>
> 7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
> **Main** +1 725 248 2900 | **www.clydeco.us**

**From:** Denisse Ramos <d.ramos@ramoslawnv.com>
**Sent:** Thursday, September 7, 2023 6:30 AM

1