**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVIE JOE MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, et al.,<br><br>    Defendant(s). | Case No.: 2:21-cv-01311-GMN-NJK<br><br>**Order** |

In light of the Court's order granting the parties' stipulation for dismissal, Docket No. 31, the settlement conference is **VACATED**.

IT IS SO ORDERED.

Dated: September 18, 2023

_____
Nancy J. Koppe
United States Magistrate Judge